MARK POTTER (SBN 166317)
PHYL GRACE (SBN 171771)
DENNIS PRICE (SBN 279082)
CENTER FOR DISABILITY ACCESS
9845 Erma Road, Suite 300
San Diego, CA 92196-2490
Telephone: 858.375.7385
Facsimile: 888-422-5191
phylg@potterhandy.com

*Attorneys for Plaintiff Chris Langer*

TAMI PENNER (SBN 167635)
McKENNA LONG & ALDRIDGE LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone: 619.236.1414
Facsimile: 619.232.8311
tpenner@mckennalong.com

*Attorneys for Defendant Jerome M. Navarra*

MANOUCHER M. RAHNAMAIE
12243 Branicole Lane
San Diego, CA 92129
Telephone: 858.775.4097

*In Pro Per*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>   v.<br><br>JEROME M. NAVARRA, in his individual and representative capacity as trustee of the Jerome Navarra Family Trust; MANOUCHER M. RAHNAMIE; and DOES 1-10,<br><br>        Defendants. | Case No. 14-CV-1076-WQH-JMA<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

McKenna Long &
Aldridge LLP
San Diego

Case No. 14-CV-1079-WQH-JMA

1   Plaintiff CHRIS LANGER ("Langer") and Defendant JEROME NAVARRA
2   ("Navarra") through their respective counsel of record, and Defendant
3   MANOUCHER RAHNAMIE ("Rahnamie") on his own behalf, hereby jointly move
4   for an order extending the time for Defendants to respond to Langer's complaint.

5   On or about April 29, 2014, Langer filed his complaint in this action. On or
6   about May 4, 2014, Langer served the summons and complaint on Navarra. On or
7   about May 1, 2014, Langer served the summons and complaint on Rahnamie.
8   Pursuant to Federal Rules of Civil Procedure Rule 12, Navarra's response to
9   Langer's complaint would regularly be due on or before May 27, 2014, and
10  Rahnamie's response to Langer's complaint would regularly be due on or before
11  May 21, 2014. The parties have reached a verbal agreement on some but not all
12  terms to settle this action in its entirety and have agreed that Defendants shall have
13  additional time to respond to the complaint so that they may finalize the written
14  settlement agreement without the need to file and oppose any pleading challenges,
15  including but not limited to a motion to dismiss.

16  Accordingly, the parties hereby jointly move for an order providing that
17  Defendants shall have until June 6, 2014, to respond to Langer's complaint if said
18  complaint is not dismissed prior to such time.

20  DATED: May 23, 2014            CENTER FOR DISABILITY ACCESS

                                   By:   /s/ Phyl Grace
                                         Mark Potter
                                         Phyl Grace
                                         Dennis Price
                                         Attorneys for Plaintiff Chris Langer

McKenna Long &
Aldridge LLP
San Diego

1                                                         Case No. 14-CV-1079-WQH-JMA

DATED: May 23, 2014          McKENNA LONG & ALDRIDGE LLP

                             By:   /s/ Tami Penner
                                   Tami Penner
                                   Attorneys for Defendant Jerome M. Navarra

DATED: May 23, 2014          By: /s/ M. Rah
                                 Manoucher M. Rahnamaie

I, Tami J. Penner, hereby certify that the content of this joint motion is acceptable to all parties who are required to sign this joint motion, and Plaintiff's counsel authorized Defendant M. Navarra to affix her CM/ECF electronic signature to this joint motion.

DATED: May 23, 2014          McKENNA LONG & ALDRIDGE LLP

                             By:   /s/ Tami Penner
                                   Tami Penner
                                   Attorneys for Defendant Jerome M. Navarra

USW 804518221.1